## Commonwealth *v.* Lockman, Appellant.

Before CATANIA, J.

Submitted September 17, 1974. *R. Barclay Surrick,* Assistant Public Defender, and *Kenneth P. Barrow,* Public Defender, for appellant; *Ralph B. D'Iorio, John G. Siegle,* and *Vram Nedurian, Jr.,* Assistant District Attorneys, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.